FILED

SEP 1 6 2005

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | No. 0:05-bk-00254-JMM |
| DARRELL KENNETH BENNETT, | ) | |
| | ) | **MEMORANDUM DECISION RE: HOMESTEAD EXEMPTION** |
| | ) | (Opinion to be Posted) |
| Debtor. | ) | |

Consistent with the Memorandum Decision filed herein,

IT IS ORDERED DENYING Aurora Bennett's Motion for Order Disallowing Debtor's Homestead Exemption. Debtor may claim a homestead exemption in both 910 Harvard Street and 912 Harvard Street.

DATED: September 16, 2005

JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this 16 day of Sept, 2005, upon:

John Weil
Weil & Weil, PLLC
1600 South Fourth Avenue, Suite C
Yuma, AZ 85364
Attorneys for Debtor
U.S. Mail

Lawrence C. Kentworthy
Hunt, Kentworthy & Hossler
330 West 24th Street
Yuma, AZ 85364
Attorneys for Aurora Bennett
U.S. Mail

Jim D. Smith
221 South Second Avenue
Yuma, AZ 85364
Chapter 7 Trustee
U.S. Mail

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
U.S. Mail

By MB Thompson
Judicial Assistant